IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWARD BURGESS,

                    Plaintiff,

  v.

GARY BOUGHTON, DANIEL WINKLESKI,
JOLINDA WATERMAN, TANYA BONSON,
SONYA ANDERSON, DR. DOUGLAS SCHMID,
CARRIE SUTTER, ELLEN RAY, JAMES LABELLE,
EMILY DAVISON, and CATHY A. JESS,

                    Defendants.

ORDER

16-cv-846-jdp

---

Pro se plaintiff Edward Burgess is a prisoner in the custody of the Wisconsin Department, currently housed at the Wisconsin Secure Program Facility. Burgess filed a complaint alleging that prison officials failed to provide adequate treatment for plaintiff's plantar fasciitis and bone spurs. In a February 28, 2017 order, I granted plaintiff leave to proceed on Eighth Amendment deliberate indifference claims and deferred a decision on whether to allow Burgess to proceed on an Eighth Amendment claim concerning medical co-pays. Dkt. 9. I instructed Burgess to supplement his complaint with additional information about whether he could afford the co-payments and gave Burgess a deadline of March 21, 2017, to file his supplement. I indicated that if he failed to respond, I would dismiss this claim. *Id.* This deadline has now passed without a response from Burgess.

Accordingly, IT IS ORDERED that plaintiff Edward Burgess's Eighth Amendment claim concerning medical co-payments is DISMISSED.

Entered April 17, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge