IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD BURGESS,

    Plaintiff,

v.

GARY BOUGHTON, DANIEL WINKLESKI,
JOLINDA WATERMAN, TANYA BONSON,
SONYA ANDERSON, KRAMER, KIMBERING,
BETHEL, DOUGLAS SCHMID, CARRIE
SUTTER, ELLEN RAY, JAMES LABELLE,
EMILY DAVIDSON, CATHY A. JESS,
LEBBEUS BROWN, REBECCA FELDMAN, and
BETH EDGE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-846-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case. Plaintiff's state-law medical malpractice claims are dismissed without prejudice to plaintiff refiling the claims in state court.

/s/

Peter Oppeneer, Clerk of Court

8/15/2018

Date